IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OKLAHOMA NATURAL GAS, a division of ONE GAS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NEXTERA ENERGY MARKETING, LLC<br><br>Defendant. | Case No. 21-CV-419-D |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**ONE Gas, Inc.**

who is a (check one) ☒ PLAINTIFF ☐ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one)   ☒ YES   ☐ NO

2. **Does party have any parent corporations?**
   (Check one)   ☐ YES   ☒ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one)   ☒ YES   ☐ NO

   If YES, identify all such owners: BlackRock, Inc.; The Vanguard Group, Inc.

{2420520;}

{2420520;}

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Dated: October 26, 2021

Respectfully submitted,

s/ *Justin A. Lollman*

Mia Vahlberg, OBA No. 20357
Justin A. Lollman, OBA No. 32051
**GABLEGOTWALS**
110 N. Elgin Ave., Suite 200
Tulsa, Oklahoma 74120-1495
Telephone (918) 595-4800
Facsimile (918) 595-4990
mvahlberg@gablelaw.com
jlollman@gablelaw.com

**Attorneys for Plaintiff**

## CERTIFICATE OF MAILING

I do hereby certify that on the 26th day of October, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Thomas G. Wolfe
Heather L. Hintz

**Attorneys for Defendant**

s/ *Justin A. Lollman*
Justin A. Lollman
