IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) **OKLAHOMA NATURAL GAS**, a division of **ONE GAS, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>(1) **NEXTERA ENERGY MARKETING, LLC**,<br><br>Defendant. | Case No. 21-CV-419-D |

### JOINT NOTICE OF SETTLEMENT OF THE CASE

Plaintiff Oklahoma Natural Gas and Defendant Nextera Energy Marketing, LLC respectfully notify the Court that the parties have agreed to terms to settle the case. The parties are in the process of executing the final settlement documents. Following the execution of all documents, the parties will file a joint stipulation of dismissal with prejudice of the lawsuit.

Respectfully submitted this 11th day of January, 2022,

/s/ Mia Vahlberg

Mia Vahlberg, OBA No. 20357
Justin A. Lollman, OBA No. 32051
GABLEGOTWALS
110 N. Elgin Ave., Suite 200
Tulsa, Oklahoma 74120-1495

ATTORNEYS FOR PLAINTIFF

/s/ Thomas G. Wolfe (w/permission)

Heather L. Hintz, OBA No. 14253
Thomas G. Wolfe, OBA No. 11576
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 N. Robinson Ave.
Oklahoma City, OK 73102

ATTORNEYS FOR DEFENDANT

{2447126;}