IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) **OKLAHOMA NATURAL GAS,** a division of **ONE GAS, INC.,**<br><br>   Plaintiff,<br><br>v.<br><br>(1) **NEXTERA ENERGY MARKETING, LLC,**<br><br>   Defendant. | Case No. 21-CV-419-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P 41(a)(1)(ii), Plaintiff Oklahoma Natural Gas and Defendant NextEra Energy Marketing, LLC hereby stipulate to a dismissal with prejudice of all claims and counterclaims asserted in the above captioned action, each party to bear its own attorney fees and costs.

Respectfully submitted this 1st day of February, 2022,

*/s/ Mia Vahlberg* | */s/ Thomas G. Wolfe (w/permission)*

Mia Vahlberg, OBA No. 20357
Justin A. Lollman, OBA No. 32051
GABLEGOTWALS
110 N. Elgin Ave., Suite 200
Tulsa, Oklahoma 74120-1495

ATTORNEYS FOR PLAINTIFF

Heather L. Hintz, OBA No. 14253
Thomas G. Wolfe, OBA No. 11576
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 N. Robinson Ave.
Oklahoma City, OK 73102

ATTORNEYS FOR DEFENDANT

{2454980;}